Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant E-Telequote Insurance, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANDY CASTRO, an individual<br><br>             Plaintiff,<br><br>      vs.<br><br>E-TELEQUOTE INSURANCE, INC., a foreign corporation.<br><br>             Defendant. | Case No.:  2:24-cv-00266-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Andy Castro ("Plaintiff") and Defendant E-Telequote Insurance, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due March 4, 2024.  The Parties request an extension up to and including **Monday, March 18, 2024** in which for Defendant to respond to the Complaint.  There is an arbitration agreement in this matter, and the Parties are reviewing the same to determine whether to stipulate to resolving this matter through arbitration. This is the parties' first request for an extension of time.

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 4th day of March, 2024.

LAGOMARSINO LAW

/s/ Taylor Jorgenson

Andre M. Lagomarsino
Nevada Bar No. 6711
Taylor Jorgenson
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052

*Attorneys for Plaintiff Andy Castro*

DATED this 4th day of March, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin

Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant E-Telequote Insurance, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

March 5, 2024
_____
DATED