Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant E-Telequote Insurance, Inc.*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDY CASTRO, an individual<br><br>                             Plaintiff,<br>vs.<br><br>E-TELEQUOTE INSURANCE, INC., a foreign corporation.<br><br>                             Defendant. | Case No.:  2:24-cv-00266-MMD-NJK<br><br>**STIPULATION AND ORDER TO COMPEL TO ARBITRATION AND DISMISS THE CASE** |

Defendant E-Telequote Insurance, Inc. ("Defendant") and Plaintiff Andy Castro ("Plaintiff"), by and through their respective counsel, hereby request that this matter before the United States District Court for the District of Nevada be compelled to arbitration in accordance with the terms set forth in Defendant's Agreement to Arbitrate and Waiver and Plaintiff's acknowledgement thereof and that this matter be dismissed. The Parties have agreed to proceed with arbitration before the American Arbitration Association ("AAA"). Hence, the AAA Employment Arbitration Rules and Procedures will apply to the arbitration proceedings. Nothing in this Stipulation and Order to Compel to Arbitration and Dismiss the Case shall be deemed a waiver and/or release for the Parties to present such claims and/or defenses in arbitration.

/ / /

/ / /

/ / /

- 1 -

Therefore, it is Ordered that this matter is compelled to arbitration and dismissed.

DATED this 18th day of March, 2024.

LAGOMARSINO LAW

/s/ Taylor Jorgenson
Andre M. Lagomarsino
Nevada Bar No. 6711
Taylor Jorgenson
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052

*Attorneys for Plaintiff Andy Castro*

DATED this 18th day of March, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant
E-Telequote Insurance, Inc.*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

March 19, 2024
_____
DATED

- 2 -